No. 02–11104. BOYD *v.* JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–11106. ALANIZ-GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–11107. ANDERSON *v.* FLEMING, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–11108. BURGENER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–11109. MCCARRIN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–11110. SEDGWICK *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 02–11111. WINBORN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11112. WILSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11113. HENRY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11114. WORTHY *v.* UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT. C. A. 6th Cir. Certiorari denied.

No. 02–11115. TORRES *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–11116. HARRISON *v.* DALLAS AREA RAPID TRANSIT ET AL. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 02–11117. HIBBERD *v.* WALKER, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–11118. HILLS *v.* CALIFORNIA DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–11119. FLANAGAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.